▪ In the Matter of KIMBERLY D. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CARMEN D., Appellant. [763 NYS2d 786] —Appeal from an order of Family Court, Erie County (Rosa, J.), entered August 15, 2002, which adjudged that the children are permanently neglected children and terminated respondent's parental rights.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Erie County, Rosa, J. Present—Pine, J.P., Hurlbutt, Scudder, Kehoe and Lawton, JJ.

▪ In the Matter of GREGORY R.D., Appellant, v MARION L.C., Respondent. [762 NYS2d 565] —Appeal from an order of Family Court, Genesee County (Adams, J.), entered June 11, 2002, which transferred the family offense proceeding to Livingston County.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Bradberry v Robinson*, 302 AD2d 906 [2003]; *Matter of Young v Morse*, 92 AD2d 706 [1983]). Present—Pine, J.P., Hurlbutt, Scudder, Kehoe and Lawton, JJ.